# Donaldson & Chilliest, LLP
## 1825 Park Avenue, Suite 1102
## New York, NY 10035
## 212-722-4900
[Xdonaldson@aol.com](mailto:Xdonaldson@aol.com)

April 26, 2023

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, Ny 10007

    Re:    *United States v. Calvin Darden*,
             23 Cr 134 (VSB)

Your Honor,

    As the Court is aware, I represent Mr. Darden in the above referenced matter. With the consent of the Government, we are respectfully requesting an additional week to fulfill Mr. Darden's bail conditions. Importantly, the Government has approved the property provided by Mr. Darden and interviewed three (3) signors related to the bail requirements. We are in the process of filing the necessary documents with the appropriate Court house in Georgia and expect to have that completed by May 3, 2023.

Sincerely,

***Xavier R. Donaldson***

Xavier R. Donaldson