**Donaldson & Chilliest, LLP**
**1825 Park Avenue, Suite 1102**
**New York, NY 10035**
**212-722-4900**
[Xdonaldson@aol.com](mailto:Xdonaldson@aol.com)

May 4, 2023

<u>Via ECF</u>
Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Calvin Darden*,
     23 Cr 134 (VSB)

Your Honor,

  As the Court is aware, I represent Mr. Darden in the above referenced matter. With the consent of the Government, we are respectfully requesting one more week to fulfill Mr. Darden's bail conditions related to his property. Importantly, the Government has approved the property provided by Mr. Darden and interviewed three (3) signors related to the bail requirements. Moreover, the three (3) signors have provided requested documents to the Government. Unfortunately, we previously believed that we could have the real estate documents properly filed this week but have been unable to do so due to unusual filing requirements that we are attempting to resolve. We have maintained contact with the Government related to these issues throughout the process.

              Sincerely,

              ***Xavier R. Donaldson***

              Xavier R. Donaldson