```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
        -v-                                                 :
                                                            :   23-CR-134 (VSB)
                                                            :
CALVIN DARDEN, JR,                                          :   ORDER
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Trial is scheduled to begin in this matter on Monday, September 23, 2024, with jury selection to begin on Tuesday, September 17, 2024. Accordingly, it is hereby:

       ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before Monday, September 9, 2024. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated:    August 26, 2024
           New York, New York

                                                                           Vernon S. Broderick
                                                                           United States District Judge