UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,           :
                                                   :
              -v-                                 :
                                                   :           23-CR-134 (VSB)
                                                   :
CALVIN DARDEN, JR,                     :              **ORDER**
                                                   :
                                    Defendant.   :
                                                   :
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      A final pretrial conference was scheduled in this matter for Friday, September 6, 2024 at 12:30 p.m.. (*See* Doc. 144.) However, defense counsel failed to appear at the conference. Accordingly, it is hereby:

      ORDERED that the final pretrial conference is adjourned to Thursday, September 12, 2024 at 1:30 p.m..

      IT IS FURTHER ORDERED that the Government shall provide the Court with its witness and exhibit lists, as well as the 3500 material, by Thursday, September 12, 2024 at 5:30 pm..

SO ORDERED.

Dated:    September 6, 2024
               New York, New York

                                                                              Vernon S. Broderick
                                                                              United States District Judge