UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,         :
                                                                   :
        -v-                                          :
                                                                   :               23-CR-134 (VSB)
                                                                   :
CALVIN DARDEN, JR.,                 :               **ORDER**
                                                                   :
                              Defendant.      :
                                                                     :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Jury selection in this matter is hereby adjourned to Monday, September 23, 2024 at 10:00 A.M. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  The parties are hereby ORDERED to appear at 9:00 A.M..

SO ORDERED.

Dated:    September 19, 2024
             New York, New York

                                                                         Vernon S. Broderick
                                                                         United States District Judge