UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,      :
                :
                :
         v.             :      23-CR-134 (VSB)
                :
                :      **ORDER**
CALVIN DARDEN, JR.,           :
                :
          Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

As stated on the record following the jury verdict on October 4, 2024, it is hereby:

ORDERED that Defendant Calvin Darden Jr.'s bail shall be modified to include the below conditions. All other conditions shall remain in place.

1. Defendant is ordered to remain under house arrest with electronic monitoring pending sentencing. Defendant is not permitted to travel or to otherwise leave the home, with the exception of medical visits for Defendant and his immediate family (mother, father, wife, and daughter) that have been pre-approved by Pretrial Services. The only circumstances under which Defendant is permitted to leave the home without prior permission from Pretrial Services is in the event of a medical emergency. In such an event, Defendant is directed to inform Pretrial Services immediately of the nature of the medical emergency and the location of the hospital where he intends to go.

2. Defendant is not permitted to seek any employment or to engage in any work, including from home.

3. Defendant is not permitted to use the internet, including conducting internet

searches, with the exception of email and text correspondence with his immediate family (mother, father, wife, and daughter) and with his counsel.

4. Defendant is not permitted to open any new financial, business, or personal bank accounts, debit or credit card accounts, lines of credit, or loans without prior approval from Pretrial Services.

5. Defendant is required to provide Pretrial Services with the ability to access and monitor all bank accounts that Defendant controls, either directly or indirectly.

6. Defendant is not permitted to manage, take possession of, or invest funds belonging to any person.

7. Defendant is not permitted to sell, transfer, or give away any asset under Defendant's name or that Defendant controls, either directly or indirectly, valued at $1,000 or more without notifying and obtaining permission from Pretrial Services, except for fees to an attorney retained to represent him in this criminal case.

IT IS FURTHER ORDERED that Defendant shall provide Pretrial Services with the ability to access and monitor all bank accounts that Defendant controls, either directly or indirectly, on or before Friday, October 11, 2024.

SO ORDERED.

Dated: October 7, 2024
    New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge