UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,       :
          :
          :
     v.          :        23-CR-134 (VSB)
          :
          :        **ORDER**
CALVIN DARDEN, JR.,        :
          :
     Defendant.   :
--------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the Defendant's letter requesting certain modifications to his bail conditions. (Doc. 217.) It is hereby ORDERED that Defendant shall file a letter on or before Friday, October 11, 2024 which addresses the following questions:

1. Defendant requests that I modify the list of approved persons with whom Darden may communicate to include Caleb Darden. (*Id.* ¶ 6.) Although Defendant's letter indicates that Caleb Darden is his stepson, based on information from Defendant's prior case, my understanding is that Caleb Darden is Defendant's son. Please clarify the relationship between Defendant and Caleb Darden.

2. Defendant requests that I permit him to drive his daughter to and from school. (*Id.* ¶ 5.) Please explain whether Defendant would routinely drive his daughter to and from school prior to the Defendant's conviction in this case.

3. Defendant requests that I permit him to use internet connected Apps to control various appliances and electronics within his home. (*Id.* ¶ 3.) Please explain

whether such appliances and electronics are accessible and controllable through other means, and whether this request is a matter of convenience or necessity.

SO ORDERED.

Dated: October 10, 2024
      New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge