UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                 :
UNITED STATES OF AMERICA,              :
                                                 :
                   v.                                 :          23-CR-134 (VSB)
                                                 :
                                                 :                **ORDER**
CALVIN DARDEN, JR.,                       :
                                                 :
                              Defendant.   :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On October 7, 2024, after Defendant Calvin Darden, Jr. was convicted following a jury trial which concluded on October 4, 2024, I issued an Order modifying certain conditions of Defendant's bail. (Doc. 193.) On October 10, 2024, Defendant filed a letter requesting clarifications and further modifications to his bail conditions. (Doc. 217.) In his letter, Defendant represents that Krystal Batchelor, the Pretrial Services Officer who is assigned to supervise Defendant in the Northern District of Georgia, requested that Defense Counsel make an application to the court to modify certain conditions as are "necessary from a supervision perspective." (*Id.*) In addition, Defendant indicates that Defendant has "a few additional requests." (*Id.*) The Government, Officer Batchelor, and SDNY Pretrial Services Officer John Moscato have no objection to any of the proposed modifications of conditions of bail as set forth in Defendant's letter. Accordingly, it is hereby:

        ORDERED that Defendant's bail be modified to include the below conditions. All other conditions shall remain in place.

1. Defendant is permitted to communicate with Pretrial Services and U.S. Probation via text messages, email, and internet communication (including Zoom).

2. Defendant is permitted to use the MyChart App to schedule medical appointments.

3. Defendant is permitted to use the Savant Smart Home App to control appliances and electronics within his home.

4. Defendant is permitted to drive his daughter to and from school.

5. In addition to his mother, father, wife, and daughter, Defendant is also permitted to communicate via text message with Cristian Darden, Caleb Darden, Tami Hudson, Tim Hudson, Londyn Paulk, Jay Paulk, Whitney Hudson, Roman Hudson, Peyton Hudson, and Bishop Matthew Brown.

6. Defendant is permitted to leave home in the event of a medical emergency involving himself or his immediate family (mother, father, wife, and children).

SO ORDERED.

Dated: October 17, 2024
New York, New York

*Vernon Broderick*

Vernon S. Broderick
United States District Judge