

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  12/02/2024

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Calvin Darden, Jr.</u>, S3 23 Cr. 134 (VSB)

Dear Judge Broderick:

The Government respectfully requests a two-day extension of its deadline to submit an opposition to the defendant's post-trial motions, from Wednesday, December 4 to Friday, December 6. The defendant is not detained, and the defendant does not object to the extension.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  /s_____
    Kevin Mead
    Brandon C. Thompson
    William Kinder
    Assistant United States Attorneys
    (212) 637-2211/2444/2394

cc: Counsel of Record (by ECF)