UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                              :

UNITED STATES OF AMERICA,                23-CR-134-4 (VSB)

                            -v-                                            ORDER

CALVIN DARDEN, JR.,
                              Defendant.
----------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It is hereby ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:   December 23, 2024
             New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge