UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :
UNITED STATES OF AMERICA,         :
                                                 :
            -v-                            :
                                               :            23-CR-134 (VSB)
                                               :
CALVIN DARDEN, JR.,                  :               **ORDER**
                                               :
                     Defendant.   :
                                             :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Sentencing in the above-captioned matter is currently scheduled for April 2, 2025 at 2:30 pm.  Sentencing is hereby ADJOURNED to April 3, 2025 at 1:00 pm.

SO ORDERED.

Dated: April 2, 2025
    New York, New York

                                Vernon S. Broderick
                                United States District Judge