

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2025

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Calvin Darden, Jr.*, 23 Cr. 134 (VSB)

Dear Judge Broderick:

    Attached hereto are redacted versions of the supplemental exhibits provided to the Court in connection with the sentencing of Calvin Darden, Jr.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

    By: __s/_____
    Brandon C. Thompson
    William C. Kinder
    Kevin Mead
    Assistant United States Attorneys
    (212) 637-2444/2444/2211

cc:  all counsel of record (by ECF)