```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES,                                             :
                                                           :
                                                           :
              - against -                                  :     23-CR-134-4 (VSB)
                                                           :
                                                           :              ORDER
CALVIN DARDEN, JR.,                                        :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    The Clerk of Court is respectfully directed to file a notice of appeal on behalf of Defendant Calvin Darden Jr. in the above-captioned case. To the extent the notice of appeal is not filed within fourteen days of the judgment, I hereby extend the time to file the notice of appeal by thirty days pursuant to Federal Rule of Appellate Procedure 4(b)(4).

SO ORDERED.

Dated: April 25, 2025
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge