UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - against -

CALVIN DARDEN, Jr.
        Defendant.

Docket No. 23 Cr 134 (VSB)

**O R D E R**
(*In Forma Pauperis Relief*)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Hon. Vernon S. Broderick, United States District Judge**

    Upon the *ex parte* application of Anthony L. Ricco, an attorney for Calvin Darden, Jr. for an order an order seeking in forma pauperis relief pursuant to the Criminal Justice Act, 18 U.S.C. §3006A(e)(1) and Chap. 3, CJA §310.10.10(a) and (b) of the Guidelines for the Administration of the Criminal Justice Act ("CJA Guidelines"), as promulgated by the Judicial Conference of the United States and Chap. 2. CJA Guideline § 210.40 (Determining Financial Eligibility for Representation Under the CJA); § 210.40.30 (Standards for Eligibility) and CJA Guideline, §210.40.20 (h).:

    **I T   I S   H E R E B Y   O R D E R E D**, that Calvin Darden, Jr. is granted *in forma pauperis* relief, under the Criminal Justice Act, so that he can proceed with his appeal as a poor person in the Second Circuit Court of Appeals, without a requirement that he pay the filing fees associated with pursuing his appeal, and so that he can (2) seek the appointment of "*conflict free*" counsel to represent him on appeal in the Second Circuit Court of Appeals under the Criminal Justice Act.

Dated: New York, New York
June 20 , 2025

                                    S O   O R D E R E D:

                                    */s/ Vernon Broderick*
                                  Hon. Vernon S. Broderick
                                  United States District Judge