UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
-v-                                      :
:   23-CR-134-4 (VSB)
:
CALVIN DARDEN, JR.,                      :   **ORDER**
:
Defendant.         :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of a petition to adjudicate interest in property filed by Calvin Darden Sr. ("Petitioner"). (Doc. 320.) The Government and Petitioner are directed to confer and submit a joint letter proposing a briefing schedule for the Government's response and Petitioner's reply by October 7, 2025.

SO ORDERED.

Dated:   September 30, 2025
         New York, New York

Vernon S. Broderick
United States District Judge