

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  10/08/2025

Re:   **United States v. Calvin Darden Jr.**, S3 23 Cr. 134 (VSB)

Dear Judge Broderick:

    On April 3, 2025, after the conviction at trial of Calvin Darden Jr. ("Darden Jr."), the Court entered a preliminary order of forfeiture for the property at 2716 Ridgewood Road NW, Atlanta, Georgia (the "Property"). Dkt. 275. On September 29, 2025, Calvin Darden Sr. ("Darden Sr.") filed a petition (the "Petition") contesting the Government's forfeiture of the Property. Dkt. 320. On September 30, 2025, the Court ordered the parties to confer regarding a briefing schedule as to the Petition and to submit a proposal by October 7, 2025. Dkt. 325.

    The parties have conferred and the Government has provided counsel for Darden Sr. with certain documents from the trial. Darden Sr. is presently considering how to proceed in light of those documents, but requires further time to make that determination. Accordingly, the parties jointly request an extension of the present deadline until November 7, 2025. At that time, the parties will propose a schedule for next steps as to the Petition, if still necessary.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:  */s/ Kevin Mead*
    Kevin Mead
    Brandon C. Thompson
    William C. Kinder
    Assistant United States Attorneys
    (212) 637-2211/2444/2394

cc: Counsel of Record (by ECF)