

Jeffrey M Barnes
jeff@barnesattorneys.com

January 9, 2026

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Calvin Darden Jr., S3 23 Cr. 134 (VSB)**

Dear Judge Broderick:

The Court previously set January 12, 2026 as the deadline for Calvin Darden Sr. and Darden Enterprises, LLC (collectively, the "Petitioners") to submit their reply brief to the Government's opposition to *Petitioner's Petition to Adjudicate Interest in Property*. Dkt. 346. Upon the undersigned's request, Kevin Mead, Esq., on behalf of the Government, agreed to adjourn Petitioner's reply deadline until January 19, 2026.

Respectfully, with consent of the Government, Petitioner's request an extension until January 19, 2026 to file their reply to the Government's brief filed at Dkt. 369.

Sincerely,

Jeffrey M Barnes

cc:      US Attorneys (by ECF)

SO ORDERED:   1/13/2026

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

+1 404 236 5000
barnesattorneys.com
3480 Peachtree Road NE Floor 2 / Atlanta, Georgia 30326