

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Calvin Darden Jr.**, S3 23 Cr. 134 (VSB)

Dear Judge Broderick:

    The Government writes regarding the forfeiture petition filed by Calvin Darden Sr. and Darden Enterprises, LLC ("Darden Enterprises"). On January 24, 2026, the Government filed a letter summarizing the procedural history of the forfeiture and the reasons why a January 22, 2026 bankruptcy filing by Darden Enterprises (the "Bankruptcy") did not prevent this Court from moving forward with forfeiture. Dkt. 434. The Government writes to inform the Court that on February 23, 2026, the Bankruptcy was dismissed. A copy of the order dismissing the Bankruptcy is attached here as Exhibit A.

                                              Respectfully submitted,

                                              JAY CLAYTON
                                              United States Attorney

                     By:   */s/ Kevin Mead*
                          Kevin Mead
                          Brandon C. Thompson
                          William C. Kinder
                          Assistant United States Attorneys
                          (212) 637-2211/2444/2394

cc: Counsel of Record (by ECF)