**IT IS ORDERED as set forth below:**

**Date: February 23, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**DARDEN ENTERPRISES, LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 26-50933-jrs** |

**ORDER ON MOTION TO DISMISS**

This matter came before the Court for hearing on February 19, 2026 at 10:30 a.m. (the "Hearing") on the *Motion to Dismiss Debtor's Bankruptcy Case* (the "Motion to Dismiss") filed by Hyperion Bank (the "Movant") on February 11, 2026 (Doc. No. 13). Leslie M. Pineyro appeared on behalf of the Movant. Frank Nason appeared on behalf of Darden Enterprises, LLC (the "Debtor"). David S. Weidenbaum appeared on behalf of the United States Trustee. No party appeared in opposition. The Court has reviewed the Motion to Dismiss and determined that the Debtor is entitled to relief. Accordingly, it is hereby

**ORDERED** that the Movant's Motion to Dismiss is **GRANTED**, it is further

**ORDERED** that this case is **DISMISSED**, it is further

**ORDERED** that the Motion to Dismiss (Doc. No 11) filed by Debtor is resolved as Moot, it is further

**ORDERED** that Counsel for Movant is directed to serve a copy of this Order upon all creditors and parties in interest within three days of entry of this Order and to file a certificate of such service within three days of mailing.

### [END OF DOCUMENT]

*Prepared and Presented by*:
**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com
*Attorney for Movant*

### DISTRIBUTION LIST

Leslie M. Pineyro, Jones & Walden, LLC, 699 Piedmont Ave NE, Atlanta, Georgia 30308

Office of the United States Trustee, Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303